## Commonwealth *v.* Oliver, Appellant.

Submitted September 11, 1969. *Joseph Jude Oliver,* appellant, in propria persona; *Arthur Ed. Saylor,* First Assistant District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.